# United States Court of Appeals
## For the First Circuit

Nos. 22-1795, 22-1796

AMERICAN TRUCKING ASSOCIATIONS, INC; CUMBERLAND FARMS, INC.;
M&M TRANSPORT SERVICES, INC.,

Plaintiffs, Appellees,

NEW ENGLAND MOTOR FREIGHT, INC.,

Plaintiff,

v.

RHODE ISLAND TURNPIKE AND BRIDGE AUTHORITY,

Defendant, Appellant,

PETER ALVITI, JR., in his official capacity as Director of the
Rhode Island Department of Transportation,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this court issued on December 6, 2024 is amended as follows:

On page 50, line 14, "foregone" is replaced with "forgone"